(May 1, 2017 through May 31, 2017)

| | | |
|---|---|---|
| People v Albert | 4th Dept: 145 AD3d 1657 (Monroe) | denied 5/16/17 (Wilson, J.) |
| People v Ameer | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 54 Misc 3d 138(A) (Kings) | denied 5/17/17 (Wilson, J.) |
| People v Anderson | 2d Dept: 148 AD3d 714 (Westchester) | denied 5/10/17 (Stein, J.) |
| People v Ashe | 1st Dept: 142 AD3d 887 (NY) | denied reconsideration 5/31/17 (DiFiore, Ch. J.) |
| People v Baez | 1st Dept: 148 AD3d 517 (NY) | denied 5/25/17 (Garcia, J.) |
| People v Barkley | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 62 (Richmond) | denied 5/16/17 (Stein, J.) |
| People v Barnaby | 2d Dept: 148 AD3d 821 (Nassau) | denied 5/17/17 (Garcia, J.) |
| People v Basile | App Term, 2d Dept, 9th & 10th Jud Dists: 54 Misc 3d 139(A) (Westchester) | dismissed 5/1/17 (Garcia, J.) |
| People v Basu | 2d Dept: 147 AD3d 869 (Kings) | denied 5/3/17 (Garcia, J.) |
| People v Battee | 2d Dept: 147 AD3d 1076 (Kings) | denied 5/1/17 (Garcia, J.) |
| People v Beasley | 4th Dept: 147 AD3d 1549 (Livingston) | denied 5/24/17 (Garcia, J.) |
| People v Benedith | App Term, 1st Dept: 54 Misc 3d 141(A) (Bronx) | denied 5/1/17 (Stein, J.) |
| People v Bentancourt | 1st Dept: 146 AD3d 621 (NY) | denied 5/15/17 (Wilson, J.) |
| People v Bentley | App Div, 4th Dept: 2017 NY Slip Op 64379(U) (Livingston) | dismissed 5/15/17 (Wilson, J.) |
| People v Betancourt | 1st Dept: 146 AD3d 621 (NY) | denied 5/15/17 (Wilson, J.) |